ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| ENRIQUE PEÑA COLÓN<br><br>Parte Recurrente<br><br>v.<br><br>EX PARTE | TA2026CE00811 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Centro Judicial de Caguas<br>_____<br>Caso Núm.: CG2026CV00584<br>_____<br>SOBRE:<br>PETICIÓN DE ELIMINACIÓN DE REGISTRO DE OFENSORES SEXUALES |
|---|---|---|

Panel integrado por su presidenta la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., juez ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 29 de junio de 2026.

Examinada la *Petición de Certiorari* presentado por Enrique Peña Colón el 25 de junio de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*